**DISMISS and Opinion Filed February 24, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01312-CV

### DFW AMERITEX PROPERTIES, LLC D/B/A AMERITEX VENDING AND JOHNNY WALLACE, Appellants
### V.
### STELLAR RESTORATION SERVICES, LLC, Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-00264-2018**

## MEMORANDUM OPINION

Before Justices Myers, Whitehill, and Pedersen, III
Opinion by Justice Pedersen, III

Before the Court is appellants' motion to dismiss this appeal. Appellants inform the Court that the parties have settled their differences. Accordingly, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

191312f.p05

/Bill Pedersen, III//
BILL PEDERSEN. III
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DFW AMERITEX PROPERTIES, LLC
D/B/A AMERITEX VENDING AND
JOHNNY WALLACE, Appellants

No. 05-19-01312-CV         V.

STELLAR RESTORATION SERVICES,
LLC, Appellee

On Appeal from the 296th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 296-00264-2018.
Opinion delivered by Justice Pedersen, III.
Justices Myers and Whitehill participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered this 24th day of February, 2020.